Stephen E. MCCLELLAND,
Plaintiff–Appellant,

v.

SHERIFF'S DEPUTY, DEPUTY BARBERSHOP; Correctional Officer Dunn; Jack Lee, Correctional Officer, Defendants–Appellees.

No. 01–6653.

United States Court of Appeals,
Fourth Circuit.

Submitted July 26, 2001.

Decided Aug. 2, 2001.

Stephen E. McClelland, pro se.

Before WILKINS, LUTTIG, and TRAXLER, Circuit Judges.

PER CURIAM.

Stephen E. McClelland, a Virginia inmate, appeals the district court's order denying relief on his 42 U.S.C.A. § 1983 (West Supp.2000) complaint under 28 U.S.C.A. § 1915A (West Supp.2000). We have reviewed the record and the district court's opinion and find that this appeal is frivolous. Accordingly, we deny McClelland's motion for appointment of counsel and dismiss the appeal on the reasoning of the district court. *McClelland v. Sheriff's Deputy*, No. CA–00–807 (E.D.Va. Mar. 20, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*